# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Joseph Mike Montrella,<br><br>                                   *Debtor*. | Chapter 13<br>Case No. 25-13803-AMC |

**Certification of No Answer, Objection, or
Other Responsive Pleading**

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the Motion to Extend the Automatic Stay, Proposed Order, and Notice of Motion to Extend the Automatic Stay was served to all interested parties via Electronic Means or Via First Class Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

**WHEREFORE**, the undersigned respectfully requests an Order be entered.

Date: October 6, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com