# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Joseph Mike Montrella,<br><br>*Debtor.* | Chapter 13<br>Case No. 25-13803-AMC |

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Joseph Mike Montrella, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: Oct. 16, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge