```
Client:26910 Springside Pools LLC              EMPLOYEE EARNINGS PAYROLL REGISTER          For Check Date 07/18/2025 To 09/19/2025
 1:30:02 PM 12-10-2025                                        HISMAINT                                                  Page    1
```

|  | --- Earnings --- |  | Taxes & Deductions |  |  |  |
|---|---|---|---|---|---|---|
| Emp#                   Sex M S00 | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| JOSEPH MONTRELLA |  |  | MEDICARE | 21.75 | Tips |  |
| 1438 OLD GULPH ROAD |  |  | FWT | 205.12 | Gross | 1500.00 |
| VILLANOVA, PA 19085 |  |  | PA SIT | 46.05 | Total Taxes | 367.99 |
| SS# ***-**-8534 |  |  | Pa SUI | 1.05 | Total Deduction |  |
| Phone 484-577-5650 Hr. 05/14/2025 |  |  | MUN. LST | .82 | Net Pay | 1132.01 |
| W4-N I9-N |  |  | S/D. LST | .20 | Non-Income Earn |  |
| STAFF              TxCl 059 |  |  |  |  | Adjustments |  |
| Dir. Deposit           Run-026 |  |  |  |  | Check Amount | 1132.01 |
| Chk-07/18/2025    P/E-07/11/2025 |  |  |  |  |  |  |
|  | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
|  |  |  | MEDICARE | 21.75 | Tips |  |
|  |  |  | FWT | 205.12 | Gross | 1500.00 |
|  |  |  | PA SIT | 46.05 | Total Taxes | 367.99 |
|  |  |  | Pa SUI | 1.05 | Total Deduction | 200.00 |
|  |  |  | MUN. LST | .82 | Net Pay | 932.01 |
|  |  |  | S/D. LST | .20 | Non-Income Earn |  |
| STAFF              TxCl 059 |  |  | Misc. | 200.00 | Adjustments |  |
| Dir. Deposit           Run-027 |  |  |  |  | Check Amount | 932.01 |
| Chk-07/25/2025    P/E-07/18/2025 |  |  |  |  |  |  |
|  | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
|  |  |  | MEDICARE | 21.75 | Tips |  |
|  |  |  | FWT | 205.12 | Gross | 1500.00 |
|  |  |  | PA SIT | 46.05 | Total Taxes | 367.99 |
|  |  |  | Pa SUI | 1.05 | Total Deduction | 400.00 |
|  |  |  | MUN. LST | .82 | Net Pay | 732.01 |
|  |  |  | S/D. LST | .20 | Non-Income Earn |  |
| STAFF              TxCl 059 |  |  | Misc. | 400.00 | Adjustments |  |
| Dir. Deposit           Run-028 |  |  |  |  | Check Amount | 732.01 |
| Chk-08/01/2025    P/E-07/25/2025 |  |  |  |  |  |  |
|  | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
|  |  |  | MEDICARE | 21.75 | Tips |  |
|  |  |  | FWT | 205.12 | Gross | 1500.00 |
|  |  |  | PA SIT | 46.05 | Total Taxes | 367.99 |
|  |  |  | Pa SUI | 1.05 | Total Deduction | 200.00 |
|  |  |  | MUN. LST | .82 | Net Pay | 932.01 |
|  |  |  | S/D. LST | .20 | Non-Income Earn |  |
| STAFF              TxCl 059 |  |  | Misc. | 200.00 | Adjustments |  |
| Dir. Deposit           Run-029 |  |  |  |  | Check Amount | 932.01 |
| Chk-08/08/2025    P/E-08/01/2025 |  |  |  |  |  |  |
|  | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
|  |  |  | MEDICARE | 21.75 | Tips |  |
|  |  |  | FWT | 405.12 | Gross | 1500.00 |
|  |  |  | PA SIT | 46.05 | Total Taxes | 567.99 |
|  |  |  | Pa SUI | 1.05 | Total Deduction |  |
|  |  |  | MUN. LST | .82 | Net Pay | 932.01 |
|  |  |  | S/D. LST | .20 | Non-Income Earn |  |
| STAFF              TxCl 059 |  |  |  |  | Adjustments |  |
| Dir. Deposit           Run-030 |  |  |  |  | Check Amount | 932.01 |
| Chk-08/15/2025    P/E-08/08/2025 |  |  |  |  |  |  |

```
Client:26910 Springside Pools LLC           EMPLOYEE EARNINGS REGISTER              For Check Date 07/18/2025 To 09/19/2025
 1:30:02 PM 12-10-2025                             HISMAINT                                                    Page     2
```

| | --- Earnings --- | | Taxes & Deductions | | *CONTINUED* | |
|---|---|---|---|---|---|---|
| Emp# 00016 | Salary | 1500.00 | FICA | 108.50 | Wages | 1750.00 |
| JOSEPH MONTRELLA | Salary | 250.00 | MEDICARE | 25.38 | Tips | |
| | | | FWT | 260.12 | Gross | 1750.00 |
| | | | PA SIT | 53.73 | Total Taxes | 449.98 |
| | | | Pa SUI | 1.23 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 1100.02 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF            TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit        Run-031 | | | | | Check Amount | 1100.02 |
| Chk-08/22/2025   P/E-08/15/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 932.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF            TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit        Run-032 | | | | | Check Amount | 932.01 |
| Chk-08/29/2025   P/E-08/22/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 932.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF            TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit        Run-033 | | | | | Check Amount | 932.01 |
| Chk-09/05/2025   P/E-08/29/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 932.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF            TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit        Run-034 | | | | | Check Amount | 932.01 |
| Chk-09/12/2025   P/E-09/05/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 932.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF            TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit        Run-035 | | | | | Check Amount | 932.01 |
| Chk-09/19/2025   P/E-09/12/2025 | | | | | | |

```
Client:26910 Springside Pools LLC              EMPLOYEE EARNINGS PAYROLL REGISTER              For Check Date 07/18/2025 To 09/19/2025
 1:30:02 PM 12-10-2025                                       HISMAINT                                                      Page    3
```

| | ---   Earnings   --- | | Taxes & Deductions | | *CONTINUED* |
|---|---|---|---|---|---|
| EMPLOYEE TOTALS | Salary | 15250.00 | FICA | 945.50 | Wages | 15250.00 |
| | | | MEDICARE | 221.13 | Tips | |
| | | | FWT | 2306.20 | Gross | 15250.00 |
| | | | PA SIT | 468.18 | Total Taxes | 3961.89 |
| | | | Pa SUI | 10.68 | Total Deduction | 1800.00 |
| | | | MUN. LST | 8.20 | Net Pay | 9488.11 |
| | | | S/D. LST | 2.00 | Non-Income Earn | |
| | | | Misc. | 1800.00 | Adjustments | |
| | | | | | Check Amount | 9488.11 |