# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Mike Montrella,<br><br>*Debtor*. | Case No. 25-13803-AMC<br>Chapter 13 |

## Certificate of Service

    I, Michael A. Cibik, certify that on January 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: January 23, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service - First Class Mail:**

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

BAC Services, Llc.
Attn: Bankruptcy
PO Box 538
Howell, NJ 07731

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Cap1/wsi
Po Box 31293
Salt Lake City, UT 84131

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Citibank
Citicorp Cr Srvs/Centralized
Bankruptcy PO Box 790040
Saint Louis, MO 63179-0027

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Citizens Bank NA
Attn: Bankruptcy One Citizens
Plaza Providence, RI 02903

Citizensbk
6 Corporate Drive
Shelton, CT 06484

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346

**M&T Credit Services**
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Prof Srv Ny**
2701 Middle Country Rd
Lake Grove, NY 11755

**Rent Track**
Attn: Bankruptcy
4601 Excelsior Blvd Ste 503
Saint Louis Park, MN 55416-4677

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

**Synchrony/PayPal Credit**
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064

**Target NB**
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440

**TD Auto Finance**
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Us Bank Na Retail Le
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus 3rd Floor
Des Moines, IA 50328

Wells Fargo Dealer Services
Credit Bureau Operations
Attn: Bankruptcy
PO Box 71092
Charlotte, NC 28272