United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Joseph Mike Montrella

    Debtor

Case No. 25-13803-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                  Page 1 of 3

Date Rcvd: Jul 15, 2026                  Form ID: 155                  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Joseph Mike Montrella, 1438 Old Gulph Rd, Villanova, PA 19085-1921 |
| 15052174 | + | BAC Services, Llc., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 15052183 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15052187 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15052190 | + | Prof Srv Ny, 2701 Middle Country Rd, Lake Grove, NY 11755-2117 |
| 15052194 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15052197 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15052202 | | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Charlotte, NC 28272 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15052173 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:07:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15052175 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 16 2026 01:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15052176 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 16 2026 02:00:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15052182 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2026 02:00:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15052177 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15052178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15052179 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 16 2026 02:06:54 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15052180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15052181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:27 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15052184 | ^ | MEBN | Jul 16 2026 01:58:16 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15052185 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2026 02:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15060880 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2026 02:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 15, 2026 | Form ID: 155 | Total Noticed: 36

| 15061266 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15052186 | Email/Text: camanagement@mtb.com | Jul 16 2026 02:00:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15070716 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2026 02:06:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15052188 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15052189 | ^ MEBN | Jul 16 2026 01:58:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15052191 | Email/Text: bankruptcy@self.inc | Jul 16 2026 02:00:00 | Rent Track, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Saint Louis Park, MN 55416-4677 |
| 15052192 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:26 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15052193 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 16 2026 02:07:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15052195 | Email/Text: jaxbanko@td.com | Jul 16 2026 01:59:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 15052196 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2026 02:01:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15052198 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 16 2026 02:00:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 15061655 | + Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 02:07:27 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15052199 | Email/PDF: ebn_ais@aisinfo.com | Jul 16 2026 02:07:27 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15052200 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 16 2026 01:59:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 15072819 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 16 2026 02:07:23 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |
| 15052201 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 16 2026 02:07:25 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                           User: admin                                         Page 3 of 3

Date Rcvd: Jul 15, 2026                        Form ID: 155                                   Total Noticed: 36

Date: Jul 17, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph Mike Montrella help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
    Joseph Mike Montrella                )            Case No. 25−13803−amc
                              )
                              )
    Debtor(s).                          )            Chapter: 13
                              )
                              )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 14, 2026                          For The Court

                                                 Ashely M. Chan
                                                 Chief Judge, United States Bankruptcy Court