**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13803-amc** |
| **Joseph Mike Montrella** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ****************** |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 3, 2026 at 11:00 AM** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Joseph Mike Montrella** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**MOTION OF WELLS FARGO BANK, N.A. D/B/A WELLS FARGO AUTO FOR RELIEF FROM THE AUTOMATIC STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2022 BMW X5, VIN 5UXCR6C09N9M61331**

Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the automatic stay pursuant to 11 U.S.C. § 362 and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

1. This is an action arising pursuant to a case under Title 11 of the United States Code.
2. Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.
3. Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

4. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this motion is proper under 28 U.S.C. §§ 1408 and 1409.

5. On August 15, 2024, Joseph Montrella (the "Debtor") obtained a loan from Wells Fargo Auto, or its predecessor-in-interest, in the amount of $39,472.93 for the purchase of a 2022 BMW X5, VIN 5UXCR6C09N9M61331 ("Collateral"). Debtor agreed to make periodic payments to Wells Fargo Auto, or its predecessor-in-interest. Such loan was evidenced by a Retail Installment Sale Contract - Simple Finance Charge (with Arbitration Provision) (the "Contract"), a copy of which is attached hereto as Exhibit A.

6. To secure payment of the Contract, Debtor delivered the Commonwealth of Pennsylvania Certificate of Title for a Vehicle (the “Title”) to the Collateral to Creditor or Creditor's predecessor-in-interest. On or about August 27, 2024, Creditor or Creditor's predecessor-in-interest perfected its security interest in the Collateral by delivering the Title along with the appropriate application and fees to the Department of Transportation of the Commonwealth in accordance with Pa.C.S. § 1132.1(a). As a result, Creditor has a valid security interest in the Collateral. A copy of the Title is attached hereto as Exhibit B.

7. Creditor believes the clean retail value of the Collateral is $37,725.00 based upon the JD Power Used Cars/Trucks guide dated September 22, 2026, a copy of which is attached as Exhibit C.

8. On September 19, 2025, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

9. Debtor's Chapter 13 plan provides for the payment of prepetition arrearages, if any, owed to Creditor through the Plan and for the Debtor to retain the Collateral and to make post-petition monthly payments directly to the Creditor.

10. As of September 22, 2026, there is currently due and owing on the Contract the outstanding principal balance of $39,088.86, plus interest accruing thereon at the rate of 0.00% per annum because the loan was charged off on February 27, 2025. This amount is broken down as follows:

| **Total Loan Balance** | |
|---|---|
| **Description** | Amount |
| Principal | $39,088.86 |
| Interest | $0.00 |
| Late Charges | $41.76 |
| Other Fees | $0.00 |
| Less Contractual Suspense Funds | $(0.00) |
| Total: $39,130.62 | |

11. As of September 22, 2026, the Debtor is due and owing for 10 post-petition payments from November 29, 2025 to August 29, 2026, with total post-petition delinquency of $6,961.60. A post-petition payment history is attached as Exhibit D.

12. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

13. Creditor is entitled to relief from the automatic stay for the following reason(s):

a. Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due.

WHEREFORE, Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto respectfully requests this Honorable Court to enter an order terminating the automatic stay as it affects the interests of

Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto in the Collateral, and granting such other relief as this Honorable Court may deem just. Creditor hereby waives the right under 11 U.S.C. § 362(e) to a hearing on this motion within 30 days of the date it is filed. Creditor further requests that Rule 4001(a)(4) be waived so that an Order Granting Relief from the automatic stay will take immediate effect.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13803-amc** |
| **Joseph Mike Montrella** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 3, 2026 at 11:00 AM** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Joseph Mike Montrella** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto for Relief from the Automatic Stay regarding the Personal Property known as 2022 BMW X5, VIN 5UXCR6C09N9M61331 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

Michael A. Cibik, Attorney for Joseph Mike Montrella, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph Mike Montrella, 1438 Old Gulph Rd, Villanova, PA 19085

/s/ Adam B. Hall

26-024837_EJS1