**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13803-amc** |
| **Joseph Mike Montrella** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ******************* |
| | : | |
| **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 3, 2026 at 11:00 AM** |
| **vs** | : | |
| | : | **U.S. Bankruptcy Court** |
| **Joseph Mike Montrella** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2022 BMW X5, VIN 5UXCR6C09N9M61331**

This matter came before the Court on the Motion for Relief from stay (the "Motion") filed by Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by 11 U.S.C. § 362(d) of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(4) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: ______________________________ ______________________________
Judge Ashely M. Chan
United States Bankruptcy Judge