**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Joseph Mike Montrella,<br><br>*Debtor*. | Case No. 25-13803-AMC<br>Chapter 13 |

**Debtor's Objection to Motion for Relief from Stay**

**AND NOW**, Debtor Joseph Mike Montrella, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by creditor Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto.

Date: October 27, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 27, 2026

/s/ Michael A. Cibik
Michael A. Cibik